IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br><br>        Plaintiff,<br><br>  v.<br><br>MCENTIRE LANDSCAPING INC.,<br><br>        Defendant.<br>                                         / | No. C 11-03473 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 3, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is May 11, 2012.

DESIGNATION OF EXPERTS: 5/18/12; REBUTTAL: 6/1/12.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is June 15, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by June 29, 2012;

    Opp. Due July 13, 2012;  Reply Due July 20, 2012;

    and set for hearing no later than August 3, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: September 18, 2012 at 3:30 PM.

JURY TRIAL DATE: October 1, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The mediation session shall be completed by mid January 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/7/11

                                                          SUSAN ILLSTON
                                                          United States District Judge