1    BARRY E. HINKLE, Bar No. 071223
     PATRICIA A. DAVIS, Bar No. 179074
2    EZEKIEL D. CARDER, Bar No. 206537
     WEINBERG, ROGER & ROSENFELD
3    A Professional Corporation
     1001 Marina Village Parkway, Suite 200
4    Alameda, California 94501
     Telephone  (510) 337-1001
5    Fax  (510) 337-1023
     E-Mail:  bhinkle@unioncounsel.net
6            pdavis@unioncounsel.net
             ecarder@unioncounsel.net
7
     Attorneys for Plaintiffs
8
     Randall C. Nelson, Bar No. 138298
9    Benjamin Kennedy, Bar No. 232889
     CARR, KENNEDY, PETERSON & FROST
10   A Law Corporation
     420 Redcliff Drive
11   Redding, CA 96002
     Telephone  (530) 222-2100
12   Fax  (530) 222-0504

13   Attorneys for Defendant

14                        UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16

17   THE BOARD OF TRUSTEES, in their          Case No. C 11-3473 SI
     capacities as Trustees of the LABORERS
18   HEALTH AND WELFARE TRUST FUND
     FOR NORTHERN CALIFORNIA LABORERS        **NOTICE OF SETTLEMENT AND**
19   VACATION-HOLIDAY TRUST FUND FOR         **STIPULATION TO CONTINUE**
     NORTHERN CALIFORNIA; LABORERS           **INITIAL CASE MANAGEMENT**
20   PENSION TRUST FUND FOR NORTHERN         **CONFERENCE; [~~PROPOSED~~] ORDER**
     CALIFORNIA; and LABORERS TRAINING
21   AND RETRAINING TRUST FUND FOR
     NORTHERN CALIFORNIA,
22
23                          Plaintiffs,

24          v.

25   McENTIRE LANDSCAPING, INC., a
26   California Corporation,

27                          Defendant.

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

NOTICE OF SETTLEMENT; STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER
Case No. CV 11-3473 SI

The Parties, by and through their counsel of record, hereby notify the Court that Plaintiffs and Defendant have reached a settlement in the above-captioned case, and are in the process of finalizing the necessary settlement documents.  The Parties respectfully request that the Initial Case Management Conference currently scheduled for March 23, 2012 at 2:30 p.m. be continued for sixty (60) days to allow them to finalize the settlement documents.

Dated:  March 19, 2012

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

/s/ Ezekiel D. Carder

By: EZEKIEL D. CARDER
   Attorneys for Plaintiffs

Dated:  March 19, 2012

CARR, KENNEDY, PETERSON & FROST
A Law Corporation

/s/ Benjamin Kennedy

By: BENJAMIN KENNEDY
   Attorneys for Defendant

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

NOTICE OF SETTLEMENT; STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. CV 11-3473 SI

1

**[PROPOSED] ORDER**

2     Based upon the foregoing Notice of Settlement and Stipulation to Continue Case

3   Management Conference, the Court orders the continuance of the Initial Case Management

June 1, 2012 @ 3:30 p.m.

4   Conference ~~for sixty (60) days, or as soon thereafter as a court date is available~~.  In addition, the

5   Court Orders:

6

7        3/20/12                              _Susan Illston_

8                                   HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE
9

10   128192/660505

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

NOTICE OF SETTLEMENT; STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER
Case No. CV 11-3473 SI