1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  EZEKIEL D. CARDER, Bar No. 206537
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501
   Telephone  (510) 337-1001
5  Fax  (510) 337-1023
   E-Mail:  bhinkle@unioncounsel.net
6           pdavis@unioncounsel.net
            ecarder@unioncounsel.net
7
   Attorneys for Plaintiffs
8
   Randall C. Nelson, Bar No. 138298
9  Benjamin Kennedy, Bar No. 232889
   CARR, KENNEDY, PETERSON & FROST
10 A Law Corporation
   420 Redcliff Drive
11 Redding, CA 96002
   Telephone  (530) 222-2100
12 Fax  (530) 222-0504

13 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>      Plaintiffs,<br><br> v.<br><br>McENTIRE LANDSCAPING, INC., a California Corporation,<br><br>      Defendant. | Case No. C 11-3473 SI<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

NOTICE OF SETTLEMENT; STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. CV 11-3473 SI

The Parties, by and through their counsel of record, hereby notify the Court that Plaintiffs and Defendant have reached a settlement in the above-captioned case, and are in the process of finalizing the necessary settlement documents. The Parties respectfully request that the Initial Case Management Conference currently scheduled for March 23, 2012 at 2:30 p.m. be continued for sixty (60) days to allow them to finalize the settlement documents.

Dated: March 19, 2012                WEINBERG, ROGER & ROSENFELD
                                     A Professional Corporation

                                     */s/ Ezekiel D. Carder*
                            By:      EZEKIEL D. CARDER
                                     Attorneys for Plaintiffs

Dated: March 19, 2012                CARR, KENNEDY, PETERSON & FROST
                                     A Law Corporation

                                     */s/ Benjamin Kennedy*
                            By:      BENJAMIN KENNEDY
                                     Attorneys for Defendant

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

NOTICE OF SETTLEMENT; STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No. CV 11-3473 SI

**[PROPOSED] ORDER**

Based upon the foregoing Notice of Settlement and Stipulation to Continue Case Management Conference, the Court orders the continuance of the Initial Case Management Conference ~~for sixty (60) days, or as soon thereafter as a court date is available~~ June 1, 2012 @ 3:30 p.m.. In addition, the Court Orders:

3/20/12

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

128192/660505

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2
NOTICE OF SETTLEMENT; STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE; [PROPOSED] ORDER
Case No. CV 11-3473 SI