1  BARRY E. HINKLE, Bar No. 071223
   PATRICIA A. DAVIS, Bar No. 179074
2  EZEKIEL D. CARDER, Bar No. 206537
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
4  Alameda, California 94501-1091
   Telephone 510.337.1001
5  Fax 510.337.1023

6  Attorneys for Plaintiff

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 THE BOARD OF TRUSTEES, in their           )  No.    CV 11-3473 SI
   capacities as Trustees of the LABORERS   )
12 HEALTH AND WELFARE TRUST FUND            )
   FOR NORTHERN CALIFORNIA;                 )  **STIPULATION FOR DISMISSAL**
13 LABORERS VACATION-HOLIDAY TRUST          )  **WITHOUT PREJUDICE; REQUEST**
   FUND FOR NORTHERN CALIFORNIA;            )  **TO VACATE CASE MANAGEMENT**
14 LABORERS PENSION TRUST FUND FOR          )  **CONFERENCE; [PROPOSED] ORDER**
   NORTHERN CALIFORNIA; and LABORERS        )
15 TRAINING AND RETRAINING TRUST            )
   FUND FOR NORTHERN CALIFORNIA,            )
16                                          )
                Plaintiff,                  )
17                                          )
        v.                                  )
18                                          )
   MCENTIRE LANDSCAPING, INC., A            )
19 California Corporation,                  )
                                            )
20              Defendant.                  )
                                            )
21 

22         NOTICE IS HEREBY GIVEN that Plaintiffs and Defendant stipulate to voluntarily dismiss

23 the above-captioned action without prejudice.  Additionally, pursuant to the terms of the written

24 settlement agreement resolving this matter, the parties respectfully request that the Court maintain

25 jurisdiction over this case for thirty-six (36) months from April 1, 2012 to interpret and enforce the

26 settlement agreement.

27         A Case Management Conference has been scheduled for June 12, 2012 at 3:30 p.m.  With

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulation for Dismissal Without Prejudice; Request to Vacate Case Management Conference; [Proposed] Order
Case No. CV 11-3473 (SI)

- 2 -

1  this Stipulation for Dismissal, the parties also request that said Case Management Conference be
2  vacated.

5  Dated: April 10, 2012

      WEINBERG, ROGER & ROSENFELD
      A Professional Corporation

      By: /s/ Ezekiel D. Carder
          EZEKIEL D. CARDER
          Attorneys for Plaintiff

10  Dated: April 10, 2012

      CARR, KENNEDY, PETERSON & FROST

      By: /s/ Benjamin Kennedy
          BENJAMIN KENNEDY
          Attorneys for Defendant
          McEntire Landscaping, Inc.

15  128192/663656

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

Stipulation for Dismissal Without Prejudice; Request to Vacate Case Management Conference; [Proposed] Order
Case No. CV 11-3473 (SI)

1 **[PROPOSED] ORDER**

2  The parties have resolved this matter and requested that this Court maintain jurisdiction
3 over the case. IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing
4 Stipulation without prejudice. The Court shall maintain jurisdiction over this case until April 31,
5 2015. The Case Management Conference set for June 12, 2012 is hereby vacated.

Dated: 4/11/12

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

- 3 -

Stipulation for Dismissal Without Prejudice; Request to Vacate Case Management Conference; [Proposed] Order
Case No. CV 11-3473 (SI)

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001