CONCHITA LOZANO-BATISTA, Bar No. 227227
JANNAH V. MANANSALA, Bar No. 249376
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MCENTIRE LANDSCAPING, INC., A California Corporation,<br><br>　　　　　　Defendant. | No.　CV 11-3473 SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Stipulation; [Proposed] Order
Case No. CV 11-3473 (SI)

1    Plaintiffs and Defendant ("the Parties") previously entered into a settlement agreement in this matter, causing the Parties to request voluntary dismissal of the action in April 2012. The Court accordingly dismissed the action without prejudice and retained jurisdiction over this matter pursuant to the parties' stipulation via its Order issued on April 11, 2012. The Court retained jurisdiction through April 31, 2015 pursuant to the Parties' stipulation.

    On January 20, 2015, Plaintiffs filed a motion to enforce the settlement agreement. Since the motion was filed, the Parties entered into a second settlement agreement and thus resolved the dispute described in the motion to enforce settlement agreement. A condition of the second settlement agreement, however, is that the Court continue to retain its jurisdiction of this matter, so that Plaintiffs may enforce the second settlement agreement.

    The parties therefore respectfully request that the Court maintain jurisdiction over this case for thirty-six (36) months from the date the second settlement agreement was executed, February 23, 2015, to interpret and enforce the settlement agreement.

    A Motion to Enforce Settlement has been scheduled for March 13, 2015, at 9:00 a.m. The parties also request that said Motion be vacated.

Dated: February 24, 2015

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation


By:  */s/ Jannah V. Manansala*
     JANNAH V. MANANSALA
     Attorneys for Plaintiff

Dated: February 24, 2015

        CARR, KENNEDY, PETERSON & FROST


By:  */s/ Benjamin Kennedy*
     BENJAMIN KENNEDY
     Attorneys for Defendant
     McEntire Landscaping, Inc.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

Stipulation; [Proposed] Order
Case No. CV 11-3473 (SI)

- 3 -

1    I certify that I have on file all holographic signatures corresponding to any signatures
2 indicated by a conformed signature (/S/) within this e-filed document.

3                                 /s/ *Jannah V. Manansala*
4                                 JANNAH V. MANANSALA

6    128192/799932

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Stipulation; [Proposed] Order
Case No. CV 11-3473 (SI)

**[PROPOSED] ORDER**

The parties have resolved this matter and requested that this Court maintain jurisdiction over the case. IT IS HEREBY ORDERED that this case be dismissed pursuant to the foregoing Stipulation without prejudice. The Court shall maintain jurisdiction over this case until February 23, 2018. The Motion to Enforce Settlement set for March 13, 2015, at 9:00 a.m. is hereby vacated.

Dated: 2/24/15

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

- 4 -

Stipulation; [Proposed] Order
Case No. CV 11-3473 (SI)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001